| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR S 06-296 MCE |
| v. | ) | |
| | ) | |
| JESUS VERDUZIO-HERNANDEZ, aka Francisco Salazar | ) | |

FILED
AUG - 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum                      ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):  **CSP CALIPATRIA**

Detainee is:
   a.)  (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
        charging detainee with: <u>Being a Deported Alien Found in the United States</u>
  or
   b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
   a.)  ( ) return to the custody of detaining facility upon termination of proceedings
  or
   b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum                      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/4/06

United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Francisco Salazar, Jesus Verduzco-Hernandez | Male X  Female ___ |
| Booking or CDC #: | E39656 | DOB: _____ |
| Facility Address: | 7108 Blair Road | Race: _____ |
| | Calipatria, CA 92233 | FBI #<u>898152VA8</u> |
| Facility Phone: | 760-348-7000 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____  By: _____
                                                 (Signature)