DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS VERDUZCO-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>JESUS VERDUZCO-HERNANDEZ,    )<br>                             )<br>            Defendant.       )<br>                             )<br>_____) | Case No. 2:06-cr-0296-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 10, 2006<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

     It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JESUS VERDUZCO-HERNANDEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing of October 3, 2006 and jury trial date of October 18, 2006 be vacated and that a status conference be set for October 10, 2006 at 8:30 a.m. or as soon thereafter as the Court is available.

     This continuance is being requested because defense counsel has just received a pre-plea report and plea agreement for Mr. Verduzco-Hernandez.  Defense counsel must arrange with an interpreter to read

the pre-plea report and plea agreement to Mr. Verduzco-Hernandez. Defense counsel must discuss the documents fully with Mr. Verduzco-Hernandez. The documents will need to be provided to the Court in advance of the next hearing.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 10, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 2, 2006            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ RACHELLE BARBOUR
                                  _____
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant


                                  McGREGOR SCOTT
                                  United States Attorney


                                  /s/ RACHELLE BARBOUR for
DATED: October 2, 2006            _____
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney


                      **O R D E R**

**IT IS SO ORDERED.**

DATED: October 12, 2006

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE